**Donald CROMWELL, Petitioner–Appellant,**

v.

**James V. PEGUESE; Attorney General of the State of Maryland, Respondents–Appellees.**

No. 03–7033.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 22, 2003.

Donald Cromwell, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

---

has failed to voluntarily depart. The current version of that provision is found at 8 U.S.C. § 1229c(d) (2000).

PER CURIAM.

Donald Cromwell, a Maryland inmate, seeks to appeal the district court's order construing his 28 U.S.C. § 2254 (2000) petition as a 28 U.S.C. § 2241 (2000) petition and dismissing the petition as frivolous. We have independently reviewed the record and conclude that Cromwell has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*